UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR 14 P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DENISE McKEOWN, ROBERT LUTTS, ) | |
| ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No: 05-CV-10176-RGS |
| ) | |
| ADVEST, INC., et al., ) | |
| ) | |
|     Defendants ) | |

## NOTICE OF APPEARANCE

Jonathan L. Kotlier and Sarah E. Walters, and the law firm of Nutter, McClennen & Fish, LLP hereby file this Notice of Appearance in the above-captioned matter on behalf of defendant Advest, Inc.

                         ADVEST, INC.
                         By its attorneys,

                         NUTTER, McCLENNEN & FISH, LLP

By: _____
       Jonathan L. Kotlier (BBO#545491)
       Sarah E. Walters (BBO#638378)
       World Trade Center West
       155 Seaport Boulevard
       Boston, MA 02210
       617-439-2000

March 14, 2005

### Certificate of Service

I, Sarah E. Walters, certify that on March 14, 2005 a copy of the foregoing Notice of Appearance has been sent by hand delivery to all counsel of record.

_____
Sarah E. Walters

1411812.1