FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR 14  P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DENISE McKEOWN, ROBERT LUTTS, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No: 05-CV-10176-RGS |
| ) | |
| ADVEST, INC., et al., ) | |
| ) | |
| Defendants ) | |
| _____) | |

## DEFENDANT ADVEST, INC.'S MOTION
## TO DISMISS THE COMPLAINT

Defendant Advest, Inc. ("Advest") hereby moves this Court to dismiss the Complaint in this action with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The grounds for this Motion are set forth in the accompanying memorandum.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Advest requests oral argument on this Motion.

ADVEST, INC.
By its attorneys,

_____
Jonathan L. Kotlier (BBO#545491)
Sarah E. Walters (BBO#638378)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
617-439-2000

March 14, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Sarah E. Walters, certify that on March 9, 2005 I conferred with William A. Sheridan, counsel to plaintiffs, to resolve the issues raised by this Motion but was unable to do so.

/s/ Sarah E. Walters
Sarah E. Walters

March 14, 2005

## CERTIFICATE OF SERVICE

I, Sarah E. Walters, certify that on March 14, 2005 a copy of the foregoing Motion has been sent by hand delivery to all counsel of record.

/s/ Sarah E. Walters
Sarah E. Walters

1411131.1