UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 14 P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

DENISE McKEOWN, ROBERT LUTTS, )
                                            )
        Plaintiffs                          )
                                            )
v.                                          )        Civil Action No: 05-CV-10176-RGS
                                            )
ADVEST, INC., et al.,                       )
                                            )
        Defendants                          )
                                            )

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ADVEST, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A), the undersigned

attorneys for Advest, Inc. ("Advest") in the above-captioned action state that Advest is a

subsidiary of The Advest Group, Inc. ("AGI"). AGI is, indirectly, a wholly-owned subsidiary of

AXA Financial, Inc. ("AXA Financial"), which, in turn, is a wholly-owned subsidiary of AXA

S.A. ("AXA"). AXA is a publicly traded company listed on the Paris Stock Exchange with

American Depository Receipts also trading on the New York Stock Exchange under the symbol

AXA. In addition, AXA Financial owns a majority interest in Alliance Capital Management

Holdings L.P., which trades on the New York Stock Exchange under the symbol AC.

ADVEST, INC.
By its attorneys,

Jonathan L. Kotlier (BBO#545491)
Sarah E. Walters (BBO#638378)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
617-439-2000

March 14, 2005

## CERTIFICATE OF SERVICE

I, Sarah E. Walters, certify that on March 14, 2005 a copy of the foregoing Corporate Disclosure Statement has been sent by hand delivery to all counsel of record.

Sarah E. Walters

1411132.1