# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

FILED
CLERKS OFFICE
2005 MAR 11 P 12:40
U.S. DISTRICT COURT
DISTRICT OF MASS

DENISE McKEOWN, ROBERT LUTTS

V.

ADVEST, INC., et. als.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 05 10176 RGS

TO: (Name and address of Defendant)

Paula Edwards Cochran
Florida

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Sheridan, Esq.
One Center Plaza, Suite 240
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-28-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE McKEOWN, ROBERT LUTTS<br><br>*Plaintiffs,*<br><br>v.<br><br>ADVEST, INC., KAREN M. SUGHRUE, GARRY L. CRAGO, JEAN W. CHILDS, PAULA EDWARDS COCHRAN, G. STEVENS DAVIS, JR., JULIA B. DEMOSS, WILLIAM R. DILL, LESLIE A. FERLAZZO, JOYCE SHAFFER FLEMING, ERIC W. HAYDEN, CATHERINE CHAPIN KOBACKER, ANNE MARCUS, CELESTE REID, RICHARD J. SHEEHAN, JR., JOSEPH SHORT, GREGORY E. THOMAS, SUSAN K. TURBEN, *and* DONALD W. KISZKA<br><br>*Defendants.* | Civil Action No. 05CV10176 RGS<br><br>DEFENDANTS ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT |

1. I, Scott A. Roberts, Esq., of the law firm Sullivan Weinstein & McQuay, PC, am the attorney for all defendants except Advest, Inc. in the above captioned lawsuit.

2. I have received the summons, complaint, civil cover sheet and category sheet relative to this suit.

3. I am authorized to accept service and, hereby, accept service of the summons and complaint in behalf of my clients Karen M. Sughrue, Garry L. Crago, Jean W. Childs, Paula Edwards Cochran, G. Stevens Davis, Jr., Julia B. DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste

Reid, Richard J. Sheehan, Jr., Joseph Short, Gregory E. Thomas, Susan K. Turben and Donald W. Kiszka.

Signed under pains and penalties of perjury this 8th day of March, 2005.

_____
Scott Roberts, Esq.
Sullivan, Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116

2