UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 25 P 12: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DENISE McKEOWN, ROBERT LUTTS<br><br>*Plaintiffs,*<br><br>v.<br><br>ADVEST, INC., KAREN M. SUGHRUE, GARRY L. CRAGO, JEAN W. CHILDS, PAULA EDWARDS COCHRAN, G. STEVENS DAVIS, JR., JULIA B. DEMOSS, WILLIAM R. DILL, LESLIE A. FERLAZZO, JOYCE SHAFFER FLEMING, ERIC W. HAYDEN, CATHERINE CHAPIN KOBACKER, ANNE MARCUS, CELESTE REID, RICHARD J. SHEEHAN, JR., JOSEPH SHORT, GREGORY E. THOMAS, SUSAN K. TURBEN, *and* DONALD W. KISZKA<br><br>*Defendants.* | Civil Action No. 05CV10176RGS<br><br>**ASSENTED TO MOTION OF PLAINTIFFS TO EXTEND TIME TO OPPOSE DEFENDANT ADVEST, INC.'S MOTION TO DISMISS COMPLAINT** |

Now come the plaintiffs Denise McKeown and Robert Lutts and respectfully request the Court to extend the time for filing their oppositions to defendant Advest, Inc.'s Motion to Dismiss Complaint to May 16, 2005. Plaintiffs require the additional time due to the complexity of the issues and counsel's schedule. Defendant Advest, Inc. has assented to plaintiffs' Motion.

DENISE McKEOWN, ROBERT LUTTS

By their attorney,

_____
William A. Sheridan, Esq., BBO#: 458140
Law Offices of William A. Sheridan
One Center Plaza, Suite 240
Boston, MA 02108
(617) 720-2700