UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DENISE McKEOWN, ROBERT LUTTS

    *Plaintiffs*,

v.

ADVEST, INC., KAREN M. SUGHRUE, GARRY L. CRAGO, JEAN W. CHILDS, PAULA EDWARDS COCHRAN, G. STEVENS DAVIS, JR., JULIA B. DEMOSS, WILLIAM R. DILL, LESLIE A. FERLAZZO, JOYCE SHAFFER FLEMING, ERIC W. HAYDEN, CATHERINE CHAPIN KOBACKER, ANNE MARCUS, CELESTE REID, RICHARD J. SHEEHAN, JR., JOSEPH SHORT, GREGORY E. THOMAS, SUSAN K. TURBEN, *and* DONALD W. KISZKA

    *Defendants*.

Civil Action No. 05CV10176 RGS

MOTION TO ENLARGE PAGE LIMIT OF PLAINTIFFS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

    Pursuant to Local Rule 7.1(B)(4), Plaintiffs move for leave to file an Opposition to Defendants Motion to Dismiss in excess of the twenty page limit. In support of this Motion, Plaintiffs state the following:

    (1)    This is a complex security case and Defendant Advest, Inc.'s Memorandum in Support of its Motion to Dismiss is 43 pages long which is in excess of the 20 page limit allowed by this Court.

(2)     Counsel for Defendant Advest has stated that they assent to this Motion.

>DENISE McKEOWN, ROBERT LUTTS
>
>By their attorney,
>
>_____
>William A. Sheridan, Esq., BBO#: 458140
>Law Offices of William A. Sheridan
>One Center Plaza, Suite 240
>Boston, MA 02108
>(617) 720-2700

Dated: April 15, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, William A. Sheridan, certify that on April 15, 2005, I conferred with counsel for Defendant Advest, to resolve the issues raised by this Motion, and stated that they assent to this Motion.

_____
William A. Sheridan

### CERTIFICATE OF SERVICE

I, William A. Sheridan, hereby certify that I have served, a copy of

**Motion to Enlarge Page Limit of Plaintiffs Opposition to Defendant's Motion to Dismiss**

by mailing same to:

Scott A. Roberts, Esq.
Robert E. Sullivan, Esq.
A. Lauren Carpenter, Esq.
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116

Atty. Sarah Walters
Jonathan L. Kotlier, Esq.
Nutter, McCennen & Fish, LLP
World Trade Center West
155 Seaport Blvd
Boston, MA 02110

Thomas G. Hoffman, Esq.
Thomas M. Greene, Esq.
Michael Tabb, Esq.
Greene & Hoffman
125 Summer Street, 14th Floor
Boston, MA 02110

_____4/15/05_____                    _____
Date

3