4/20/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE MCKEOWN, ROBERT LUTTS, Plaintiff, vs. ADVEST, INC., KAREN SUGHRUE, et al., Defendants | Civil Action No. 05-10176-RGS |

## NOTICE OF APPEARANCE OF A. LAUREN CARPENTER

Please enter my appearance in this action as counsel for Karen M. Sughrue, Garry L. Crago, Jean W. Childs, Paula Edwards Cochran, G. Stevens Davis, Jr., Julia B. DEmoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr., Joseph Short, Gregory E. Thomas, Susan K. Turben, and Donald W. Kiszka (the "Bradford Defendants").

THE BRADFORD DEFENDANTS
By their attorneys,

/s/ A. Lauren Carpenter
A. Lauren Carpenter, BBO #551258
SULLIVAN, WEINSTEIN & McQUAY, P.C.
Two Park Plaza
Boston, MA 02116
(617) 348-4300

Dated: April 19, 2005

### CERTIFICATE OF SERVICE

I, A. Lauren Carpenter, hereby certify that a true and correct copy of the foregoing document was served by mail upon all counsel of record on this April 19, 2005.

/s/ A. Lauren Carpenter
A. Lauren Carpenter