UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 21 P 2:51

| | |
|---|---|
| DENISE McKEOWN, ROBERT LUTTS<br>*Plaintiffs*<br><br>vs.<br><br>ADVEST, INC., KAREN M. SUGHRUE,<br>et al.<br>*Defendants* | Civil Action No. 05-10176-RGS<br><br>**CONSOLIDATED WITH** |
| T. ROWE PRICE TAX-FREE HIGH<br>YIELD FUND, INC., et al.<br>*Plaintiffs*<br><br>vs.<br><br>ADVEST, INC., KAREN M. SUGHRUE,<br>et al.<br>*Defendants* | Civil Action No. 04-11667-RGS |

**ASSENTED TO MOTION OF PLAINTIFFS TO EXTEND TIME TO OPPOSE
BRADFORD DEFENDANTS MOTION TO DISMISS COMPLAINT**

Now come the plaintiffs Denise McKeown and Robert Lutts and respectfully request the Court to extend the time for filing their oppositions the Bradford Defendants Motion to Dismiss Complaint to June 1, 2005. In their Motion to Dismiss the Bradford Defendants identify themselves as consisting of all defendants except Advest, Inc. Plaintiffs require the additional

time due to the complexity of the issues and counsel's schedule. The Bradford Defendants have assented to plaintiffs' Motion.

DENISE McKEOWN, ROBERT LUTTS

By their attorney,

_____
William A. Sheridan, Esq., BBO#: 458140
Law Offices of William A. Sheridan
One Center Plaza, Suite 240
Boston, MA 02108
(617) 720-2700

BRADFORD DEFENDANTS

Assented to
By their attorney,

_____
Scott A. Roberts, Esq.
Robert E. Sullivan, Esq.
A. Lauren Carpenter, Esq.
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116
(617) 348-4300

Dated: April 20, 2005

## CERTIFICATE OF SERVICE

I, William A. Sheridan, hereby certify that I have served, a copy of

**Assented to Motion of Plaintiffs to Extend Time to Oppose Bradford Defendants Motion to Dismiss Complaint**

by mailing same to:

Scott A. Roberts, Esq.
Robert E. Sullivan, Esq.
A. Lauren Carpenter, Esq.
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116

Atty. Sarah Walters
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd
Boston, MA 02110

Thomas G. Hoffman, Esq.
Thomas M. Greene, Esq.
Michael Tabb, Esq.
Greene & Hoffman
125 Summer Street, 14th Floor
Boston, MA 02110

4/20/05
Date