UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> KAREN M. SUGHRUE, ET AL. <br> *Defendants.* | Civil Action No. 04-11667-RGS <br> Consolidated into <br> Civil Action No. 05-10176-RGS[1] |

## MOTION TO ENLARGE PAGE LIMIT FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

PursuantPursuant to Local Rule 7.1(B)(4), the Plaintiffs, T. Rowe Price TaPursuant to Local Rule Fund,Fund, Inc., Fund, Inc., Smith BarFund, Inc., Smith Barney Income Funds/Smith Barney Municipal Hi NationalNational Municpals National Municpals Fund, Inc.National Municpals Fund, Inc., ACA Financial Gu (collectively,(collectively, Pl(collectively, Plain(collectively, Plaintiffs ), move for leave to file a cons motionsmotions to dismiss the Plaintiffs comotions to dismiss the Plaintiffs complaint, inmotions to consolidatedconsolidated opposition will not exceed ninety-two pages. In suconsolidated opposition will Plaintiffs state:

1. DefendantsDefendants have filed three sepDefendants have filed three separDefendants DefendantsDefendants sought aDefendants sought and rDefendants sought and received leave to file memora each case. Plaintiffs must respond to more than 120 pages of legal memorandum.

---

[1] The original Motion to Dismiss was filed in the 04-11167-RGS case but the case has since been consolidated into 05-10176. For the Court's convenience, Plaintiffs have filed their Opposition to the Motion to Dismiss under both civil action numbers.

2. PlaintiffsPlaintiffs seek leave to fiPlaintiffs seek leave to file a cPlaintiffs seek leave to file pages.pages.. While Plaintiffs realize this is a sizeable opposition, it is still a significantpages. While Plaintif count than the memoranda served upon them.

3. ThisThis case raises complex issues under the fThis case raises complex issues under the fe statutesstatutes whstatutes which rstatutes which require thoughtful analysis. Due to the requirements of the analysis of the Plaintiffs claims are unavoidable.

4. CounselCounsel for Defendants have assented to theCounsel for Defendants have assented to the 90 pages or less.

WHEREFORE,WHEREFORE, the Plaintiffs respectfully request that the Court grant them leWHEREI theirtheir Opposition to Defendants Motion to Dismiss in their Opposition to Defendants Motion to Dismiss longer than 92 pages.

T. ROWE PRICE TAX-FREE HIGH YIELD
FUND, INC., SMITH BARNEY INCOME
FUNDS/SMITH BARNEY MUNICIPAL HIGH
INCOME FUND, DRYDEN NATIONAL
MUNICIPALS FUND, INC., ACA FINANCIAL
GUARANTY CORPORATION, and LOIS and
JOHN MOORE,

By their attorneys,

By: /s/ Michael Tabb
Thomas G. Hoffman, Esq. (BBO#: 237320)
Michael Tabb, Esq. (BBO#: 491310)
GREENE & HOFFMAN, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110
(617) 261-0040

Dated: May 2, 2005