UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE McKEOWN, ROBERT LUTTS<br>*Plaintiffs*<br><br>vs.<br><br>ADVEST, INC., KAREN M. SUGHRUE, et al.<br>*Defendants* | Civil Action No. 05-10176-RGS<br><br>CONSOLIDATED WITH |
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al.<br>*Plaintiffs*<br><br>vs.<br><br>ADVEST, INC., KAREN M. SUGHRUE, et al.<br>*Defendants* | Civil Action No. 04-11667-RGS |

**MOTION TO ENLARGE PAGE LIMIT OF PLAINTIFFS**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs Denise McKeown and Robert Lutts, move for leave to file an Opposition to the Bradford Defendants Motion to Dismiss in excess of the twenty page limit. In support of this Motion, Plaintiffs state the following:

(1)   This is a complex security case and the Bradford Defendants have filed two memoranda. One 40 pages in length and one 37 pages in length in support of is Motion to Dismiss Plaintiffs complaint.

(2)  Plaintiffs Opposition will not exceed 50 pages.

WHEREFORE, the Plaintiffs respectfully request that the Court grant the leave to file their Opposition to Defendants's Motion to Dismiss in excess of the page limit.

DENISE McKEOWN, ROBERT LUTTS

By their attorney,

_____
William A. Sheridan, Esq., BBO#: 458140
Law Offices of William A. Sheridan
One Center Plaza, Suite 240
Boston, MA 02108
(617) 720-2700

Dated: May 31, 2005

## CERTIFICATE OF SERVICE

I, William A. Sheridan, hereby certify that I have served, a copy of

**Motion to Enlarge Page Limit of Plaintiffs Opposition to Defendant's Motion to Dismiss**

by mailing same to:

Scott A. Roberts, Esq.
Robert E. Sullivan, Esq.
A. Lauren Carpenter, Esq.
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116

Atty. Sarah Walters
Jonathan L. Kotlier, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd
Boston, MA 02110

Thomas G. Hoffman, Esq.
Thomas M. Greene, Esq.
Michael Tabb, Esq.
Greene & Hoffman
125 Summer Street, 14th Floor
Boston, MA 02110

_____5/31/05_____                    _____
Date