UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ACA FINANCIAL GUARANTY CORP.

       V.              CIVIL ACTION NO. 05-10176-RGS

ADVEST, INC.

T. ROWE PRICE

       V.              CIVIL ACTION NO. 04-11667-RGS

ADVEST, INC.

# NOTICE OF HEARING

STEARNS, DJ.                          JUNE 24, 2005

A HEARING* IN THE ABOVE-CAPTIONED ACTIONS IS HEREBY SCHEDULED FOR:

THURSDAY, OCTOBER 6 , 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                          RICHARD G. STEARNS
                          UNITED STATES DISTRICT JUDGE

        BY:

                        /s/ Mary H. Johnson
                        Deputy Clerk

*TO BE HEARD:   Motions # 5, 31, 38, 40 - CA 05-10176;
Motions # 27, 32, 36, 43 - CA 04-11667.