UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE MCKEOWN, ROBERT LUTTS,<br>                  Plaintiffs,<br><br>vs.<br><br>ADVEST, INC., KAREN SUGHRUE, et al.,<br>                  Defendants | C.A. No. 05-10176-RGS<br><br>**CONSOLIDATED WITH** |
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al.,<br>                  Plaintiffs,<br><br>vs.<br><br>ADVEST, INC., KAREN SUGHRUE, et al.,<br>                  Defendants | C.A. No. 04-11667-RGS |

**BRADFORD DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITIONS TO MOTIONS TO DISMISS, AND MOTION TO ENLARGE PAGE LIMIT FOR REPLY**

Pursuant to Local Rule 7.1, the Bradford Defendants request leave to file a reply brief, consisting of 38 pages, in response to the oppositions filed by the plaintiffs in these consolidated actions to the Bradford Defendants' motions to dismiss.[1] Counsel for plaintiffs, Michael Tabb and William Sheridan, have indicated that they do not oppose the request.

This is a consolidated securities action involving eight different legal claims under federal and state law, brought by some eight plaintiffs against 19 different

---

[1] "Bradford Defendants" refers to all defendants in this action except Advest, Inc.

defendants.  The plaintiffs' opposition briefs include new arguments and references to factual materials that are not included in the complaints.  A reply brief will therefore substantially assist the Court in determining the issues raised by the motions.  Because the legal and factual issues are both numerous and complex (the opposition brief filed by the T. Rowe Price plaintiffs is 91 pages long), the Bradford Defendants require additional pages to address them, and accordingly request leave to file a reply brief consisting of 38 pages.

## CONCLUSION

For the foregoing reasons, the Bradford Defendants request leave to file their 38-page Reply in Support of Bradford Defendants' Motions to Dismiss.

THE BRADFORD DEFENDANTS
By their attorneys,


/s/  A. Lauren Carpenter
Robert E. Sullivan, BBO #487820
Scott A. Roberts, BBO #550732
A. Lauren Carpenter, BBO #551258
SULLIVAN, WEINSTEIN & McQUAY, P.C.
Two Park Plaza
Boston, MA 02116
Dated:  July 29, 2005            (617) 348-4300
Email:  lcarpenter@swmlawyers.com

## **CERTIFICATE OF SERVICE**

    I, A. Lauren Carpenter, hereby certify that a true and correct copy of the foregoing document was served by hand on all counsel of record on this 29th day of July, 2005.

_____
A. Lauren Carpenter