UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al., )<br><br>Plaintiffs )<br><br>v. )<br><br>KAREN M. SUGHRUE, et al., )<br><br>Defendants ) | Civil Action No: 04-11667-RGS<br>Consolidated into<br>Civil Action No: 05-10176 |

### DEFENDANT ADVEST, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTIONS TO DISMISS THE CONSOLIDATED ACTIONS

Defendant Advest, Inc. ("Advest") moves for leave to file a reply memorandum in further support of its motions to dismiss the above-captioned consolidated actions. As grounds for this Motion, Advest states that the two actions filed by eight different plaintiffs bring 15 federal and state claims against 20 different defendants based on representations that were made in connection with a bond offering that took place in 1998. In response to the defendants' motions to dismiss, the plaintiffs filed more than 100 pages of briefing. Advest believes that a reply memorandum will assist the Court in deciding the issues raised in the motions.

Plaintiffs have assented to this Motion.

WHEREFORE, Advest respectfully requests that this Motion to for Leave to File a Reply Memorandum in Further Support of its Motions to Dismiss the Consolidated Actions be GRANTED.

>ADVEST, INC.
>By its attorneys,
>
>NUTTER McCLENNEN & FISH, LLP
>
>/s/ Sarah Walters
>Jonathan L. Kotlier (BBO#545491)
>Sarah E. Walters (BBO#638378)
>World Trade Center West
>155 Seaport Boulevard
>Boston, MA 02210
>617-439-2000

July 29, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Sarah E. Walters, certify that on July 29, 2005 I conferred with Michael Tabb and William Sheridan, counsel to plaintiffs, and they assented to this Motion.

>/s/ Sarah Walters
>Sarah E. Walters

July 29, 2005

### Certificate of Service

I, Sarah E. Walters, certify that on July 29, 2005 I caused a true copy of the above document to be served by hand on all counsel of record.

>/s/ Sarah Walters
>Sarah E. Walters

1450698.1