UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENISE MCKEOWN, ROBERT LUTTS,<br>               Plaintiffs,<br><br>vs.<br><br>ADVEST, INC., KAREN SUGHRUE, et al.,<br>               Defendants | C.A. No. 05-10176-RGS<br><br>**CONSOLIDATED WITH** |
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al.,<br>               Plaintiffs,<br><br>vs.<br><br>ADVEST, INC., KAREN SUGHRUE, et al.,<br>               Defendants | C.A. No. 04-11667-RGS |

**BRADFORD DEFENDANTS' REQUEST FOR LEAVE TO FILE REPLY TO "WRITTEN SUPPLEMENTATION IN LIEU OF ORAL ARGUMENT REGARDING DEFENDANTS' MOTIONS TO DISMISS" SUBMITTED BY <u>PLAINTIFFS DENISE McKEOWN AND ROBERT LUTTS</u>**

On October 25, 2005, this Court granted the motion of plaintiffs Denise McKeown and Robert Lutts (the "McKeown Plaintiffs") to file a Written Supplementation in Lieu of Oral Argument regarding the Defendants' Motions to Dismiss (the "McKeown Supplementation") (Docket No. 48 and 49). The Bradford Defendants respectfully request leave to file a short reply to the McKeown Supplementation for the following reasons:

      1.      The McKeown Plaintiffs repeatedly mischaracterize, both factually and logically, the contents of the Official Statement that was issued in connection with the

1

bond offering that is the subject of this action, which plainly and obviously disclosed the dismal financial situation and attrition problems at Bradford College.

2. The McKeown Plaintiffs, without citation to any authority, misstate the obligations of a reasonable investor in reviewing and contemplating a securities offering, and incorrectly argue that the mere fact that the Official Statement says that Bradford was "governed by a board of trustees" provides the basis for a claim of control person liability against the Trustee Defendants under Section 20(a) of the Exchange Act.

### **CONCLUSION**

For these reasons, the Bradford Defendants request that the Court grant them leave to file a reply to the McKeown Supplementation by November 11, 2005.

                                          THE BRADFORD DEFENDANTS
                                          By their attorneys,

                                          /s/ Scott A. Roberts
                                          Robert E. Sullivan, BBO #487820
                                          Scott A. Roberts, BBO #550732
                                          A. Lauren Carpenter, BBO #551258
                                          SULLIVAN, WEINSTEIN & McQUAY, P.C.
                                          Two Park Plaza
                                          Boston, MA 02116
                                          (617) 348-4300
Dated: November 02, 2005         Email: sroberts@swmlawyers.com