UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., SMITH BARNEY INCOME FUNDS/SMITH BARNEY MUNICIPAL HIGH INCOME FUND, DRYDEN NATIONAL MUNICIPALS FUND, INC., LOIS AND JOHN MOORE and ACA FINANCIAL GUARANTY CORPORATION<br><br>*Plaintiffs,*<br><br>v.<br><br>KAREN M. SUGHRUE, GARRY L. CRAGO, JEAN W. CHILDS, PAULA EDWARDS COCHRAN, G. STEVENS DAVIS, JR., JULIA B. DEMOSS, WILLIAM R. DILL, LESLIE A. FERLAZZO, JOYCE SHAFFER FLEMING, ERIC W. HAYDEN, CATHERINE CHAPIN KOBACKER, ANNE MARCUS, CELESTE REID, RICHARD J. SHEEHAN, JR., JOSEPH SHORT, GREGORY E. THOMAS, SUSAN K. TURBEN, DONALD W. KISZKA and ADVEST, INC.,<br><br>*Defendants.* | Civil Action No. 04-11667 RGS<br>Consolidated into<br>Civil Action No. 05-10176-RGS* |

**PLAINTIFFS MOTION TO STRIKE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS MOTIONS TO DISMISS**

TheThe Institutional Bondholders, the MooresThe Institutional Bondholders, the Moores and ACA move

M.M. Sughrue,M. Sughrue, Exhibit 4 to the Memorandum in Support Of Bradford Defendants MotionM. Sughru

andand Paragraph 11and Paragraph 11 of theand Paragraph 11 of the Bradford Defendants Motion To Dismiss the

asas Argument I.A.4 of their memorandum in supportas Argument I.A.4 of their memorandum in support of said n

properly before the Court in its consideration of Defendants' Motions To Dismiss, thereof, Plaintiffs state as follows:

1. In ruling on a motion to dismiss pursuant to Fed.R.C[iv.P. 12(b)(6), the court may] only consider the allegations of the complaint, the documents of public record, and other matters of which the court may take judicial notice. <u>Banco Santander de Puerto Rico v. Lopez-Stubbe (In re</u> [...] 2003).

2. In support of their motions to dismiss the Bradford [Defendants attached the affidavit] of Karen M. Sughrue and an excerpt from the book <u>Liberal Arts Colleges: Survival of an Endangered?</u> by David W. Breneman (Exhibit 4 to the Memorandum in support of the Defendants' Motion To Dismiss). These materials are not the type that may be considered [on a] motion to dismiss and should be stricken from the record.

3. Paragraph 11 of the Bradford Defendants' Motion to Dismiss the Paragraph 11 of the Complaint and Argument I.A.4 of their memorandum [address] the Four Year Statute of Repose.

4. Each of the Bradford [Defendants is a party to a First] and Second Standstill and Tolling Agreement to which the Plaintiffs are either signatories or beneficiaries. Copies of the agreements are attached [hereto. Pursuant to] the agreements, the Bradford Defendants agreed to waive their rights to enforce statutes of limitation and statutes of repose against the Plaintiffs in exchange for Plaintiffs' dismissal of [the prior lawsuit] and Plaintiffs' agreement not to file any lawsuit against the Bradford Defend[ants for a specified] period of time. In addition, paragraph 1 of each agreement contains the following provision:

2

        EachEach Potential Defendant herebyEach Potential Defendant hereby agrees and acknowledges t shallshall not plead orshall not plead or raise and is estopped from pleading or raising theshall not p timetime during the Tolltime during the Tolling Period atime during the Tolling Period as part Limitations Period with respect to any Claim.

    5.    ArgumentArgument I.A.4 violates the Bradford Defendants agreement not to plead oArgument anyany statute of limitation or statute of repose againstany statute of limitation or statute of repose against the Pl specificspecific performance of the agreement the Bradford Defendants have breached, which is best accomplished by striking the offending argument.

    Wherefore, for the reasons set forth above, this Court should strike:

    1.    the Affidavit of Karen M. Sughrue;

    2.    ExhibiExhibitExhibit 4 to the Memorandum in Support Of Bradford Defendants MotionExh Dismiss; and

    3.    ParagraParagraphParagraph 11 aParagraph 11 and of the Bradford Defendants Motion To Dis Complaint and Argument I.A.4 of the memorandum in support of said motion.

3

Case 1:05-cv-10176-RGS   Document 54   Filed 12/22/2005   Page 4 of 4

Case 1:04-cv-11667-RGS   Document 43-1   Filed 05/02/2005   Page 4 of 4

T.T. ROWE PRICET. ROWE PRICE TAX-FREE HIGHT. ROWE F
INC.,INC., SMITHINC., SMITH BARNEY INCOMEINC., SMITH
BARNEYBARNEY MUNICIPAL HIGH INBARNEY MUNICI
DRYDENDRYDEN DRYDEN NADRYDEN NATIONALDRYDE
LOISLOIS and JOHN LOIS and JOHN MOORLOIS and JOHN
GUARANTY CORPORATION

By their attorneys,

/s/ Michael Tabb
Thomas Hoffman, Esq.  BBO # 237320
Thomas Greene, Esq. BBO# 210020
Michael Tabb, Esq. BBO # 491310
Greene & Hoffman, P.C.
125 Summer Street, 14th Floor
Boston, Massachusetts  02110
Dated: May 2, 2005                (617) 261-0040


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I, Michael Tabb, counsel for the Plaintiffs, certify that I have conferred with the Bradford Defendants counsel in good faith to resolve or narrow the issues presented by the Plaintiffs Motion to Strike in Support of their Opposition to Defendants Motions to Dismiss.

/s Michael Tabb
Michael Tabb

4