UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DENISE MC KEOWN AND ROBERT LUTTS

      V.                                                    CIVIL ACTION NO. 05-10176-RGS

ADVEST, INC., et al

Consolidated with

T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al

      V.                                                    CIVIL ACTION NO. 04-11667-RGS

ADVEST, INC., et al

### ORDER OF DISMISSAL

**STEARNS, DJ**                                                                                     **OCTOBER 5, 2006**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTIONS TO DISMISS ISSUED ON SEPTEMBER 30, 2006,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTIONS ARE HEREBY DISMISSED.

SO ORDERED.

                                                         RICHARD G. STEARNS
                                                         UNITED STATES DISTRICT JUDGE

        BY:

                    /s/ Mary H. Johnson
                      **Deputy Clerk**