UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE ) <br> HIGH YIELD FUND, INC., et al., ) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> KAREN M. SUGHRUE, et al., ) <br> ) <br>     Defendants ) <br> _____) | Civil Action No: 04-11667-RGS <br> Consolidated into <br> Civil Action No: 05-10176 |

### ASSENTED-TO MOTION TO ENLARGE PAGE LIMIT FOR ADVEST, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE DISMISSAL AND PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Local Rule 7.1(B)(4), defendant Advest, Inc. ("Advest") moves for leave to file an Opposition to Plaintiffs' Motion to Vacate Dismissal and Plaintiffs' Motion for Leave to File Second Amended Complaint in excess of the page limit. In support of this Motion, Advest states as follows:

1. Advest seeks leave to file one Opposition brief in response to two Motions filed by Plaintiffs, including a Motion in which Plaintiffs seek leave to file a Second Amended Complaint that is 55 pages long, contains 144 numbered paragraphs and names 19 defendants.

2. In support of their Motions, Plaintiffs have filed a 20 page Memorandum, an Affidavit of Thomas Hoffman which purports to attach "newly discovered" evidence, and the lengthy Proposed Second Amended Complaint.

3. To appropriately address the arguments in Plaintiffs' Motions, including their contention that the Proposed Second Amended Complaint cures the deficiencies in their claims, Advest respectfully requests that it be permitted to submit a memorandum in excess of the page

limit, but no longer than 33 pages.  Advest believes that the additional pages of briefing will assist the Court in considering and deciding the Motion to Vacate Dismissal and, if the Court reaches it, the Motion for Leave to File Second Amended Complaint.

4.  Counsel for plaintiffs has assented to this motion.

ADVEST, INC.
By its attorneys,

/s/ Sarah Walters_____
Jonathan L. Kotlier (BBO#545491)
Sarah E. Walters (BBO#638378)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
617-439-2000

December 8, 2006

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Sarah E. Walters, certify that on November 29, 2006 I conferred with Michael Tabb, counsel to plaintiffs, and he has assented to this Motion.

/s/ Sarah Walters_____
Sarah E. Walters

December 8, 2006

### Certificate of Service

I, Sarah E. Walters, certify that on December 8, 2006, a copy of the foregoing Motion has been sent by electronic mail delivery to all counsel of record.

/s/ Sarah E. Walters_____
Sarah E. Walters

1585534.1