UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T. ROWE PRICE TAX-FREE HIGH YIELD FUND, INC., et al., )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>KAREN M. SUGHRUE, et al., )<br>)<br>    Defendants )<br>_____) | Civil Action No: 04-11667-RGS<br>Consolidated into<br>Civil Action No: 05-10176 |

### AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ADVEST, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A), Advest, Inc. ("Advest") hereby amends its original corporate disclosure statement. There has been a change in ownership since its original corporate disclosure statements were filed in the above-captioned separate actions on February 28, 2005, and March 14, 2005.

**The undersigned attorneys for Advest in the above-captioned actions state that Advest is a subsidiary of The Advest Group, Inc. ("AGI"). AGI is a wholly owned subsidiary of Merrill Lynch, Pierce, Fenner & Smith, Inc., which, in turn, is a wholly-owned subsidiary of Merrill Lynch & Co., Inc. Merrill Lynch & Co., Inc. is a publicly traded company which trades on the New York Stock Exchange under the symbol MER.**

        ADVEST, INC.
By its attorneys,

/s/ Sarah E. Walters_____
**Jonathan L. Kotlier (BBO#545491)**
**Sarah E. Walters (BBO#638378)**
**Nutter McClennen & Fish LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA  02210**
 617-439-2000

**December 8, 2006**

## Certificate of Service

I, Sarah E. Walters, certify that on December 8, 2006, a copy of the foregoing Amended Corporate Disclosure Statement has been sent by electronic mail delivery to all counsel of record.

/s/ Sarah Walters_____
Sarah E. Walters

1585556.1