Case name _T. Rowe Price Tax Free High Yield Fund, Inc. v. Sughrue_
District Court Case No. _05-CV-10176_    District of _Massachusetts_
Date Notice of Appeal filed _1/26/07_    Court of Appeals Case No. ____
Form filed on behalf of _Appellants T. Rowe Price High Yield Fund, Inc. et. al._

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ____

## TRANSCRIPT ORDER

Name of Court Reporter ____
Phone Number of Reporter ____

A. ____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

PROCEEDING(S)                          HEARING DATE(S)

☐ Jury Voir Dire
☐ Opening Statement (plaintiff)
☐ Opening Statement (defendant)
☐ Trial
☐ Closing Argument (plaintiff)
☐ Closing Argument (defendant)
☐ Findings of Fact/Conclusions of Law
☐ Jury Instructions
☐ Change of Plea
☐ Sentencing
☐ Bail hearing
☒ Pretrial proceedings (specify) _Hearing on Motion to Dismiss / 10/7/2005_
☐ Testimony (specify) ____
☐ Other (specify) ____

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ☒ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _MICHAEL TABB_                Filer's Signature _[signature]_
Firm/Address _Greene & Hoffman, 125 Summer Street, Boston, MA 02110_
Telephone number _(617) 261-0040_          Date mailed to court reporter _2-9-07_

(Court Reporter Use ONLY) Date received ____

Form CA1-10 (6/12/06)                                        SEE INSTRUCTIONS ON REVERSE