UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10176

Denise Mckeown, et al

v.

Advest, Inc., et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-72

and contained in I-II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/26/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 28, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/28/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED, LEAD

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10176-RGS

McKeown v. Advest, Inc. et al  
Assigned to: Judge Richard G. Stearns  
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/28/2005  
Jury Demand: None  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Consolidated Plaintiff**

**ACA Financial Guaranty Corporation**

represented by **Michael Tabb**  
Greene & Hoffman PC  
125 Summer Street  
Boston, MA 02110  
617-261-0040  
Fax: 617-261-3558  
Email: matabb@greenehoffman.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Dryden National Municipals Fund, Inc.**

represented by **Michael Tabb**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Moore**

represented by **Michael Tabb**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lois Moore**

represented by **Michael Tabb**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Smith Barney Income Funds/Smith Barney Municipal High Income Fund**

represented by **Michael Tabb**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**T. Row Price Tax-Free High Yield**

represented by **Michael Tabb**

|  |  |
|---|---|
| **Fund, Incorporated** | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Denise McKeown** | represented by **William A. Sheridan**<br>Law Offices of William A. Sheridan<br>One Center Plaza<br>Suite 240<br>Boston, MA 02108<br>617-720-2700<br>Fax: 617-720-2709<br>Email: was@wsheridanlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | |
| **Robert Lutts** | represented by **William A. Sheridan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

| | |
|---|---|
| **Defendant** | |
| **Advest, Inc.** | represented by **Jonathan L. Kotlier**<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>617-439-2000<br>Fax: 617-310-9683<br>Email: jkotlier@nutter.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah E. Walters**<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>617-439-2459<br>Fax: 617-310-9459<br>Email: swalters@nutter.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Karen Sughrue** | represented by **Ann L. Carpenter** |

                                        Sullivan, Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116
617-348-4300
Fax: 617-348-4343
Email: lcarpenter@swmlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
Sullivan Weinstein & McQuay, P.C
Suite 600
Two Park Plaza
Boston, MA 02116
617-348-4322
Fax: 617-348-4343
Email: sulli@swmlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
Sullivan, Weinstein & McQuay
Suite 610
2 Park Plaza
Boston, MA 02116
617-348-4300
Fax: 617-348-4343
Email: sroberts@swmlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Garry Crago**      represented by **Ann L. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Childs**      represented by **Ann L. Carpenter**
(See above for address)

                            *LEAD ATTORNEY*
                            *ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Paula Edwards Cochran**      represented by  **Ann L. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**G. Stevens Davis, Jr.**      represented by  **Ann L. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Julia DeMoss**      represented by  **Ann L. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Scott A. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**William R. Dill** | represented by | **Ann L. Carpenter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert E. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Scott A. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Leslie A. Ferlazzo** | represented by | **Ann L. Carpenter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Scott A. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Joyce Shaffer Fleming** | represented by | **Ann L. Carpenter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Robert E. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Scott A. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Eric W. Hayden | represented by | **Ann L. Carpenter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert E. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott A. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Catherine Chapin Kobacker** | represented by | **Ann L. Carpenter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert E. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott A. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Anne Marcus** | represented by | **Ann L. Carpenter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert E. Sullivan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott A. Roberts**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Celeste Reid** | represented by | **Ann L. Carpenter**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Richard J. Sheehan, Jr.**          represented by  **Ann L. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Joseph Short**          represented by  **Ann L. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Roberts**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Gregory E. Thomas**          represented by  **Ann L. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                   **Scott A. Roberts**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**
**Susan K. Turben**                              represented by  **Ann L. Carpenter**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                 **Robert E. Sullivan**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                               **Scott A. Roberts**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Defendant**
**Donald W Kiszka**                         represented by  **Ann L. Carpenter**
                                                 (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Scott A. Roberts**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2005 | 1 | COMPLAINT against all defendants Filing fee: $ 150, receipt number 61703, filed by Robert Lutts, Denise McKeown. (Attachments: # 1 # 2) (Flaherty, Elaine) (Entered: 02/01/2005) |
| 01/28/2005 |  | Summons Issued as to Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Advest, Inc., Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr. (Flaherty, Elaine) (Entered: 02/01/2005) |
| 01/28/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Flaherty, Elaine) (Entered: 02/01/2005) |

| | | |
|---|---|---|
| 03/08/2005 | 2 | ACKNOWLEDGEMENT OF SERVICE Executed by Advest, Inc.. Advest, Inc. served on 2/24/2005, answer due 3/16/2005. Acknowledgement filed by Advest, Inc.. (Flaherty, Elaine) (Entered: 03/08/2005) |
| 03/11/2005 | 3 | MOTION to Consolidate case with ca 04-11667 RGS by Robert Lutts, Denise McKeown.(Flaherty, Elaine) (Entered: 03/14/2005) |
| 03/11/2005 | 10 | SUMMONS Returned Executed Karen Sughrue served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 11 | SUMMONS Returned Executed Garry Crago served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 12 | SUMMONS Returned Executed Jean Childs served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 13 | SUMMONS Returned Executed Paula Edwards Cochran served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 14 | SUMMONS Returned Executed G. Stevens Davis, Jr served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 15 | SUMMONS Returned Executed Julia DeMoss served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 16 | SUMMONS Returned Executed William R. Dill served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 17 | SUMMONS Returned Executed Leslie A. Ferlazzo served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 18 | SUMMONS Returned Executed Joyce Shaffer Fleming served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 19 | SUMMONS Returned Executed Eric W. Hayden served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 20 | SUMMONS Returned Executed Catherine Chapin Kobacker served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 21 | SUMMONS Returned Executed Anne Marcus served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 22 | SUMMONS Returned Executed Celeste Reid served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 23 | SUMMONS Returned Executed Richard J. Sheehan, Jr served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 24 | SUMMONS Returned Executed Gregory E. Thomas served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/11/2005 | 25 | SUMMONS Returned Executed Susan K. Turben served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |

| 03/11/2005 | 26 | SUMMONS Returned Executed Donald W Kiszka served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/16/2005) |
|---|---|---|
| 03/11/2005 | 27 | SUMMONS Returned Executed Joseph Short served on 3/8/2005, answer due 3/28/2005. (Flaherty, Elaine) (Entered: 03/17/2005) |
| 03/14/2005 | 4 | NOTICE of Appearance by Sarah E. Walters, Jonathan L. Kotlier on behalf of Advest, Inc. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/14/2005 | 5 | MOTION to Dismiss by Advest, Inc..(Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/14/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss filed by Advest, Inc.. (Attachments: # 1)(Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/14/2005 | 7 | MOTION for Leave to File Excess Pages in support of motion to dismiss by Advest, Inc..(Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/14/2005 | 8 | CORPORATE DISCLOSURE STATEMENT by Advest, Inc.. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/14/2005 | 9 | APPENDIX/EXHIBIT re 5 MOTION to Dismiss by Advest, Inc.. (Flaherty, Elaine) (Entered: 03/16/2005) |
| 03/25/2005 | 28 | Assented top MOTION for Extension of Time to 5/16/05 to oppose motion to dismiss by Robert Lutts, Denise McKeown.(Flaherty, Elaine) (Entered: 03/29/2005) |
| 03/30/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered granting in part and denying in part 28 Motion for Extension of Time "Oppositions due by 4/15/05." (Flaherty, Elaine) (Entered: 03/30/2005) |
| 04/04/2005 | 29 | MOTION for Reconsideration re Order on Motion for Extension of Time by McKeown and Robert Lutts.(Flaherty, Elaine) (Entered: 04/08/2005) |
| 04/08/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered denying 29 Motion for Reconsideration (Flaherty, Elaine) (Entered: 04/08/2005) |
| 04/08/2005 | 30 | NOTICE of Appearance by Scott A. Roberts on behalf of Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr (Flaherty, Elaine) (Entered: 04/13/2005) |
| 04/11/2005 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 3 Motion to Consolidate Cases, granting 7 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 04/11/2005) |
| 04/15/2005 | 32 | MOTION for Leave to File Excess Pages in opposition to deft's motion to dismiss by Robert Lutts, Denise McKeown.(Flaherty, Elaine) (Entered: 04/20/2005) |
| 04/19/2005 | 31 | MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert* |

| | | |
|---|---|---|
| | | *Lutts* by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr.(Roberts, Scott) (Entered: 04/19/2005) |
| 04/20/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 32 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 04/25/2005) |
| 04/20/2005 | 33 | MEMORANDUM in Opposition re 31 MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert Lutts* filed by Denise McKeown. (Attachments: # 1)(Flaherty, Elaine) (Entered: 04/25/2005) |
| 04/20/2005 | 34 | NOTICE of Appearance by Robert E. Sullivan on behalf of Julia DeMoss, William R. Dill, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran (Flaherty, Elaine) (Entered: 04/26/2005) |
| 04/20/2005 | 35 | NOTICE of Appearance by Ann L. Carpenter on behalf of Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr (Flaherty, Elaine) (Entered: 04/26/2005) |
| 04/21/2005 | 36 | Assented to MOTION for Extension of Time to 6/1/05 to respond to motion to dismiss by Robert Lutts, Denise McKeown.(Flaherty, Elaine) (Entered: 04/27/2005) |
| 04/28/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 36 Motion for Extension of Time (Flaherty, Elaine) (Entered: 04/28/2005) |
| 05/02/2005 | 37 | MOTION for Leave to File Excess Pages memo in opposition to motion to dismiss amended complaint by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated.(Flaherty, Elaine) (Entered: 05/04/2005) |
| 05/02/2005 | 38 | MOTION to Strike certain documents in support of Bradford Defendants' Motion to Dismiss by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. (Attachments: # 1 # 2 # 3 # 4)(Flaherty, Elaine) (Entered: 05/04/2005) |
| 05/05/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 37 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: |

| | | |
|---|---|---|
| | | 05/05/2005) |
| 05/05/2005 | 39 | MEMORANDUM in Opposition re 31 MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert Lutts*. 5 MOTION to Dismiss filed by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. (Attachments: # 1 # 2 # 3)(Flaherty, Elaine) (Entered: 05/05/2005) |
| 05/31/2005 | 40 | MOTION to Strike 39 Memorandum in Opposition to Motion. by Robert Lutts, Denise McKeown.(Flaherty, Elaine) (Entered: 06/01/2005) |
| 05/31/2005 | 41 | MOTION for Leave to File Excess Pages in opposition to defendants motion to dismiss by Robert Lutts, Denise McKeown.(Flaherty, Elaine) (Entered: 06/01/2005) |
| 06/24/2005 | 42 | NOTICE of Hearing on Motion 5 MOTION to Dismiss, 38 MOTION to Strike, 40 MOTION to Strike 39 Memorandum in Opposition to Motion,, 31 MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert Lutts*: Motion Hearing set for 10/6/2005 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 06/24/2005) |
| 06/29/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 41 Motion for Leave to File Excess Pages (Flaherty, Elaine) (Entered: 06/29/2005) |
| 07/29/2005 | 43 | Assented to MOTION for Leave to File *Reply to Plaintiffs' Oppositions to Motions to Dismiss and to Enlarge Page Limit* by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr.(Carpenter, Ann) (Entered: 07/29/2005) |
| 07/29/2005 | 44 | REPLY to Response to Motion re 31 MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert Lutts In Support of Bradford Defendants' Motions to Dismiss* filed by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Carpenter, Ann) (Entered: 07/29/2005) |
| 07/29/2005 | 45 | RESPONSE to Motion re 38 MOTION to Strike *Bradford Defendants' Opposition to Plaintiffs' Motions to Strike in Support of Their Oppositions to Defendants' Motions to Dismiss* filed by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. |

| | | |
|---|---|---|
| | | Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr. (Carpenter, Ann) (Entered: 07/29/2005) |
| 07/29/2005 | 46 | MOTION for Leave to File reply memo in support of motions to dismiss, filed by Advest, Inc..(Flaherty, Elaine) (Entered: 08/01/2005) |
| 08/24/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 43 Motion for Leave to File, granting 46 Motion for Leave to File (Flaherty, Elaine) (Entered: 08/24/2005) |
| 10/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 10/7/2005 re 40 MOTION to Strike, 39 Memorandum in Opposition to Motion, 31 MOTION to Dismiss Complaint, 5 MOTION to Dismiss, 38 MOTION to Strike. Atty. Tabb present for Plaintiffs; Atty. Roberts present for the Bradford Defendants; Atty. Kotlier present for Advest. After argument, the court takes the matters under advisement. Plaintiffs have until October 21, 2005 to submit a response to the Sughrue Affidavit, including a proposal for discovery on this issue should they feel the need. (Court Reporter James Gibbons.) (Tyler, Rebecca) (Entered: 10/11/2005) |
| 10/17/2005 | 48 | MOTION supplement opposition to motion to dismiss with written response in lieu of oral argument by Robert Lutts, Denise McKeown, filed.(Flaherty, Elaine) (Entered: 10/24/2005) |
| 10/20/2005 | 47 | Supplemental Opposition re 31 MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert Lutts and Proposal for Discovery on Trustee Compensation* filed by T. Row Price Tax-Free High Yield Fund, Incorporated. (Attachments: # 1)(Tabb, Michael) (Entered: 10/20/2005) |
| 10/25/2005 | 49 | Judge Richard G. Stearns : ElectronicORDER entered granting 48 Motion file supplement (Flaherty, Elaine) (Entered: 10/25/2005) |
| 11/02/2005 | 50 | MOTION for Leave to File *Reply to Plaintiffs' Supplemental Opposition to Motion to Dismiss Regarding Applicability of Charitable Immunity Doctrine and Plaintiffs' Proposal for Discovery on Trustee Compensation* by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr.(Roberts, Scott) (Entered: 11/02/2005) |
| 11/02/2005 | 51 | MOTION for Leave to File *Reply to "Written Supplementation in Lieu of Oral Argument Regarding Defendants' Motions to Dismiss" Submitted by Plaintiffs Denise McKeown and Robert Lutts* by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr.(Roberts, Scott) (Entered: 11/02/2005) |

| | | |
|---|---|---|
| 11/15/2005 | 52 | MEMORANDUM in Support re 31 MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert Lutts and Bradford Defendants' Response to Plaintiffs McKeown and Lutts' Written Supplementation in Lieu of Oral Argument Regarding Defendants' Motion to Dismiss* filed by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr. Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr. (Carpenter, Ann) (Entered: 11/15/2005) |
| 11/15/2005 | 53 | MEMORANDUM in Support re 31 MOTION to Dismiss *Complaint Filed by Denise McKeown and Robert Lutts and Bradford Defendants' Response to Plaintiffs' Supplemental Opposition to Bradford Trustee Defendants' Motion to Dismiss and Proposal for Discovery on Trustee Compensation* filed by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr. (Carpenter, Ann) (Entered: 11/15/2005) |
| 11/29/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 50 Motion for Leave to File, granting 51 Motion for Leave to File (Flaherty, Elaine) (Entered: 11/29/2005) |
| 12/22/2005 | 54 | MOTION to Strike in support of their opposition to defendants motions to dismiss by Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated et al.(Originally filed 5/2/05 in ca 04-11667-RGS, to view exhibits to this motion, please see that docket)(Flaherty, Elaine) (Entered: 12/22/2005) |
| 12/29/2005 | 55 | NOTICE issued to Attorney William A. Sheridan regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Johnson, Mary) (Entered: 12/29/2005) |
| 09/30/2006 | 56 | Judge Richard G. Stearns : Memorandum and Order entered.(Giannotti, Diane) (Entered: 10/03/2006) |
| 09/30/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 31 Motion to Dismiss, finding as moot 38 Motion to Strike, finding as moot 40 Motion to Strike, finding as moot 54 Motion to Strike, granting 5 Motion to Dismiss (Giannotti, Diane) (Entered: 10/03/2006) |
| 09/30/2006 | | Civil Case Terminated. (Giannotti, Diane) (Entered: 10/03/2006) |
| 10/05/2006 | 57 | Judge Richard G. Stearns : ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 10/05/2006) |
| 10/20/2006 | 58 | MOTION to Vacate 57 Order *of Dismissal* by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High |

| | | |
|---|---|---|
| | | Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. (Tabb, Michael) (Entered: 10/20/2006) |
| 10/20/2006 | 59 | MOTION to Amend *Complaint* by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. (Attachments: # 1 Proposed Second Amended Complaint-Pt. 1# 2 Proposed Second Amended Complaint-pt.2)(Tabb, Michael) (Entered: 10/20/2006) |
| 10/20/2006 | 60 | MEMORANDUM in Support re 59 MOTION to Amend *Complaint*, 58 MOTION to Vacate 57 Order *of Dismissal* filed by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. (Tabb, Michael) (Entered: 10/20/2006) |
| 10/20/2006 | 61 | AFFIDAVIT in Support re 58 MOTION to Vacate 57 Order *of Dismissal* *by Thomas Hoffman* filed by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. (Tabb, Michael) (Entered: 10/20/2006) |
| 10/25/2006 | | Case Reopened (Flaherty, Elaine) (Entered: 10/25/2006) |
| 10/25/2006 | 62 | Assented to MOTION for Extension of Time to December 8, 2006 to File Response/Reply as to 60 Memorandum in Support of Motion,, 58 MOTION to Vacate 57 Order *of Dismissal*, 59 MOTION to Amend *Complaint*, 61 Affidavit in Support of Motion, by all defendants. (Walters, Sarah) (Entered: 10/25/2006) |
| 10/26/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 62 Motion for Extension of Time to File Response/Reply (Flaherty, Elaine) (Entered: 10/26/2006) |
| 11/30/2006 | 63 | Assented to MOTION to Correct 59 MOTION to Amend *Complaint and Proposed Second Amended Complaint* by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. (Attachments: # 1 Exhibit A)(Tabb, Michael) (Entered: 11/30/2006) |
| 12/08/2006 | 64 | Assented to MOTION for Leave to File Excess Pages *for Advest, Inc.'s Opposition to Plaintiffs' Motion to Vacate Dismissal and Plaintiffs' Motion for Leave to File Second Amended Complaint* by Advest, Inc.. (Walters, Sarah) (Entered: 12/08/2006) |
| 12/08/2006 | 65 | AMENDED DOCUMENT by Advest, Inc.. *Amended Corporate Disclosure Statement of Defendant Advest, Inc.*. (Walters, Sarah) (Entered: 12/08/2006) |

| | | |
|---|---|---|
| 12/08/2006 | 66 | MOTION for Leave to File Excess Pages *for Bradford Defendants' Opposition to T. Rowe Price Plaintiffs' Motions to Vacate Dismissal and For Leave to File a Second Amended Complaint* by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr.(Carpenter, Ann) (Entered: 12/08/2006) |
| 12/08/2006 | 67 | Opposition re 58 MOTION to Vacate 57 Order *of Dismissal*, 59 MOTION to Amend *Complaint* filed by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr. (Attachments: # 1 # 2)(Carpenter, Ann) (Entered: 12/08/2006) |
| 12/08/2006 | 68 | Opposition re 58 MOTION to Vacate 57 Order *of Dismissal*, 59 MOTION to Amend *Complaint [Second]* filed by Advest, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit A to Reply# 3 Exhibit B to Reply# 4 Exhibit C to Reply# 5 Exhibit D to Reply# 6 Exhibit E to Reply)(Walters, Sarah) (Entered: 12/08/2006) |
| 12/13/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting in part and denying in part 64 Motion for Leave to File Excess Pages "ALLOWED if not in excess of 33 pages." (Flaherty, Elaine) (Entered: 12/13/2006) |
| 12/14/2006 | 69 | Opposition re 58 MOTION to Vacate 57 Order *of Dismissal*, 59 MOTION to Amend *Complaint [Second]* filed by Advest, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit A to Reply Memorandum# 3 Exhibit B to Reply Memorandum# 4 Exhibit C to Reply Memorandum# 5 Exhibit D to Reply Memorandum# 6 Exhibit E to Reply Memorandum)(Walters, Sarah) (Entered: 12/14/2006) |
| 12/15/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 66 Motion for Leave to File Excess Pages "Allowed, not to exceed thirty (30) pages." (Flaherty, Elaine) (Entered: 12/15/2006) |
| 12/19/2006 | 70 | Amended Opposition re 58 MOTION to Vacate 57 Order *of Dismissal*, 59 MOTION to Amend *Complaint* filed by Julia DeMoss, William R. Dill, Leslie A. Ferlazzo, Joyce Shaffer Fleming, Eric W. Hayden, Catherine Chapin Kobacker, Anne Marcus, Celeste Reid, Richard J. Sheehan, Jr, Joseph Short, Gregory E. Thomas, Susan K. Turben, Donald W Kiszka, Karen Sughrue, Garry Crago, Jean Childs, Paula Edwards Cochran, G. Stevens Davis, Jr. (Attachments: # 1 # 2)(Carpenter, Ann) (Entered: 12/19/2006) |
| 12/26/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 63 Assented to Motion to Substitute a Corrected Version of the Proposed |

| | | |
|---|---|---|
| | | Second Amended Complaint. (Tyler, Rebecca) (Entered: 12/26/2006) |
| 12/29/2006 | 71 | Judge Richard G. Stearns : ORDER entered. MEMORANDUM AND ORDER on Plaintiffs' Motion to Vacate Order of Dismissal and Motion for Leave to File Second Amended Complaint.(Tyler, Rebecca) (Entered: 12/29/2006) |
| 12/29/2006 | | Judge Richard G. Stearns : Electronic ORDER entered denying 58 Motion to Vacate, dismissing 59 Motion to Amend for lack of jurisdiction. (Tyler, Rebecca) (Entered: 12/29/2006) |
| 12/29/2006 | | Civil Case Terminated. (Tyler, Rebecca) (Entered: 12/29/2006) |
| 01/26/2007 | 72 | NOTICE OF APPEAL as to 57 Order, 71 Memorandum & ORDER by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Tabb, Michael) (Entered: 01/26/2007) |
| 02/01/2007 | | Filing fee: $ 455., receipt number 77952 for 71 Memorandum & ORDER (Flaherty, Elaine) (Entered: 02/01/2007) |
| 02/09/2007 | 73 | TRANSCRIPT ORDER FORM by ACA Financial Guaranty Corporation, Dryden National Municipals Fund, Inc., John Moore, Lois Moore, Smith Barney Income Funds/Smith Barney Municipal High Income Fund, T. Row Price Tax-Free High Yield Fund, Incorporated for proceedings held on 10/7/2005 before Judge Stearns, re 72 Notice of Appeal., Transcript due by 2/9/2007. (Tabb, Michael) (Entered: 02/09/2007) |