*A 05-10176*
*J. Stearns*

CERTIFIED COPY

# United States Court of Appeals

## For the First Circuit

---

No. 07-1367

ACA FINANCIAL GUARANTY CORPORATION; DRYDEN NATIONAL
MUNICIPALS FUND, INC.; JOHN MOORE; LOIS MOORE;
SMITH BARNEY INCOME FUNDS/SMITH BARNEY MUNICIPAL
HIGH INCOME FUND; T.ROWE PRICE TAX-FREE HIGH
YIELD FUND, INCORPORATED,

Plaintiffs - Appellants,

---

DENISE MCKEOWN; ROBERT LUTTS,

Plaintiffs,

v.

ADVEST, INC.; KAREN SUGHRUE; GARRY CRAGO; JEAN CHILDS;
PAULA EDWARDS COCHRAN; G. STEVENS DAVIS, JR.; JULIA DEMOSS;
WILLIAM R. DILL; LESLIE A. FERLAZZO; JOYCE SHAFFER FLEMING;
ERIC W. HAYDEN; CATHERINE CHAPIN KOBACKER; ANNE MARCUS;
CELESTE REID; RICHARD J. SHEEHAN, JR.; JOSEPH SHORT;
GREGORY E. THOMAS; SUSAN K. TURBEN; DONALD W. KISZKA,

Defendants - Appellees.

---

TAXATION OF COSTS

---

Entered: February 8, 2008

Costs in favor of defendant-appellee Advest, Inc. are taxed as
follows:

Reproduction of defendant-appellee's brief:
[(77 pages x $0.10 per page) + $3.50 per binding + $0.20 per
cover] x 13 copies =      $150.80

|  |  |
|---|---|
| **TOTAL** | $150.80 |

       Pursuant to Fed. R. App. P. 39 (d)(3), the United States District Court for the District of Massachusetts is directed to add this taxation of costs to the mandate issued on January 31, 2008.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
          Chief Deputy Clerk.

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Kotlier, Mr. Tabb, Mr. Hoffman and Mr. Roberts]