
CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 07-1367

ACA FINANCIAL GUARANTY CORPORATION; DRYDEN NATIONAL
MUNICIPALS FUND, INC.; JOHN MOORE; LOIS MOORE;
SMITH BARNEY INCOME FUNDS/SMITH BARNEY MUNICIPAL
HIGH INCOME FUND; T.ROWE PRICE TAX-FREE HIGH
YIELD FUND, INCORPORATED,

Plaintiffs - Appellants,

DENISE MCKEOWN; ROBERT LUTTS,

Plaintiffs,

v.

ADVEST, INC.; KAREN SUGHRUE; GARRY CRAGO; JEAN CHILDS;
PAULA EDWARDS COCHRAN; G. STEVENS DAVIS, JR.; JULIA DEMOSS;
WILLIAM R. DILL; LESLIE A. FERLAZZO; JOYCE SHAFFER FLEMING;
ERIC W. HAYDEN; CATHERINE CHAPIN KOBACKER; ANNE MARCUS;
CELESTE REID; RICHARD J. SHEEHAN, JR.; JOSEPH SHORT;
GREGORY E. THOMAS; SUSAN K. TURBEN; DONALD W. KISZKA,

Defendants - Appellees.

TAXATION OF COSTS

Entered: February 11, 2008

Costs in favor of defendants-appellees Sughrue, Crago, Childs, Cochran, Stevens, Demoss, Dill, Ferlazzo, Fleming, Hayden, Kobacher, marcus, Reid, Sheehan, Short, Thomas, Turben and Kiszka are tax costs as follows:

Reproduction of defendants-appellees' brief:
[(74 pages x $0.10 per page) + $3.50 per binding + $0.20 per

```
cover] x 13 copies =        $146.90


                    TOTAL           $146.90
```

Pursuant to Fed. R. App. P. 39 (d)(3), the United States District Court for the District of Massachusetts is directed to add this taxation of costs to the mandate issued on January 31, 2008.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARVER

By: _____
    Chief Deputy Clerk.

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Mr. Kotlier, Mr. Tabb, Mr. Hoffman and Mr. Roberts]